**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUKE GIEBASHVILI,<br><br>                                 Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the<br>Department of Homeland Security, et al.,<br><br>                                 Respondents. | Case No.:  25-cv-3432-BJC-VET<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND GRANTING PETITIONER'S MOTION TO FILE UNDER SEAL**<br><br>**[ECF Nos. 1, 2]** |

On December 4, 2025, Petitioner Abelino Luka Giebashvili filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  He also filed a motion to file certain documents under seal in support of his petition.  ECF No. 2.  After a review of the petition and motion, this Court finds good cause supporting the request to file under seal, and deems it appropriate to require Respondents to file a response to the petition. Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application.  *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for

injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing, the Court ORDERS:

1.  Petitioner's motion to file under seal is GRANTED.

2.  Respondents shall file a response to the petition **no later than close of business December 19, 2025**.  Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.

3.  Petitioner may file a traverse, **no later than close of business December 26, 2026**. Absent further order of this Court, this matter will be deemed under submission at that time.

4.  Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby ENJOINED from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated:  December 12, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge

2

25-cv-3432-BJC-VET