

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luka Giebashvili | **Civil Action No.**  25-cv-03432-BJC-VET |
| **Plaintiff,** | |
| V. | |
| See Attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The petition for writ of habeas corpus is granted. Respondents shall immediately release Petitioner.

**Date:**          5/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-03432-BJC-VET

Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Christopher LaRose, Warden at Otay Mesa Detention Center